IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| REEF ENVIRONMENTAL ) | |
| SERVICES, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | CIVIL ACTION NO. |
| REEF ENVIRONMENTAL ) | 2:11cv876-MHT |
| SERVICES, LLC, ) | (WO) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BULLDOG BIODIESEL, LLC, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Bankruptcy Judge's proposed findings of fact and conclusions of law (doc. no. 1) are adopted.

    (2) Judgement is entered in favor of plaintiff Reef Environmental Services, LLC, and against defendant Bulldog Biodiesel, LLC.

    (3) Plaintiff Reef Environment Services, LLC, shall have and recover from defendant Bulldog Biodiesel, LLC, the sum of $ 24,114.76.

    It is further ORDERED that costs are taxed against defendant Bulldog Biodiesel, LLC, for which execution may issue.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 18th day of October, 2011.

                                /s/ Myron H. Thompson  
                             UNITED STATES DISTRICT JUDGE